ACCEPTED
01-14-00231-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 6:28:11 PM
CHRISTOPHER PRINE
CLERK

# NO. 01-14-00231-CR

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 6:28:11 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIRST COURT OF APPEALS
## FOR THE STATE OF TEXAS

_____

## NELSON OKWOLISA ILODIGWE
## V.
## THE STATE OF TEXAS

_____

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING EN BANC

_____

## Appeal from the 248th Judicial District Court
## Harris County Texas
## Trial Court Cause No. 1361714

_____

## BRIEF OF APPELLANT, NELSON OKWOLISA ILODIGWE

_____

Alphonsus O. Ezeoke
Texas Bar No. 24025356
1810 Cravens Road, Suite C
Stafford, Texas 77477
Tel. (281) 499-0505
Fax. (281) 499-8282
e-mail: Ezeoke@gmail.com
Attorney for Appellant
Nelson Okwolisa Ilodigwe

**1** | P a g e

**TO THE HONORABLE FIRST COURT OF APPEALS:**

Pursuant to TEX. R. APP. P. 49, Appellant, Nelson Okwuolisa Ilodigwe, files this Motion to Extend Time to File Motion for Rehearing and En Banc Consideration.

In support of this Motion, Appellants show the Court as follows:

1.     On August 27, 2015, this Honorable Court issued an opinion regarding Mr. Ilodigwe's appeal. The Court affirmed the judgment of the District Court. The filing of the motion for Rehearing en Banc was due on the 15th day following the date of the judgment of this Court. The motion was due on September 13th 2015.

2.     Per the Texas Rules of Appellate Procedure 49.8, Ilodigwe had up until 15 days from the date of the judgment to file a motion seeking extension of time to file the motion for Rehearing En Banc.

3.     Appellant's counsel was out of the country when the judgment was rendered. Upon returning from his trip, counsel could not confer with Mr. Ilodigwe regarding his rights to file a motion for rehearing until last weekend when he was able to speak to him. Mr. Ilodigwe is in prison in Huntsville Texas.

4.     After consulting with Mr. Ilodigwe and his family, they are of the opinion that the undersigned counsel should file a motion for rehearing to bring to

the attention of the Court that the basis of its judgment affirming the trial court's actions and the jury verdict were erroneous.

5. Appellant is seeking a Thirty-day (30 days) extension from the date of this motion to file the Motion for Rehearing En Banc.

6. This is the first request for extension by Ilodigwe seeking to file his Motion for Rehearing, and no further requests for extension are anticipated in the future.

7. All stated facts are known *ex officio* or are within the personal knowledge of the Appellant. Tex. R. App. P. 10.2.

8. This motion is definitely not sought for delay because delay would be detrimental to Mr. Ilodigwe's cause.

## PRAYER FOR RELIEF

For the reasons stated hereinabove, Appellant requests that this Court grant this Motion for Extension of Time to file Motion for Rehearing En Banc, and in the interest of justice, grant the thirty-day extension.

Respectfully Submitted

EZEOKE & EZEOKE, P.C.

_(signature)_

_____
Alphonsus O. Ezeoke
Texas Bar No. 24025356
1810 Cravens Road, Suite C
Stafford, Texas  77477
Tel. (281) 499-0505
Fax. (281) 499-8282
Attorney for Appellant
Nelson Okwuolisa Ilodigwe

**CERTIFICATE OF SERVICE**

I hereby certify that on this September 28, 2015, a true and correct copy of the foregoing instrument was served upon the Assistant District Attorney via Texas E-filing.

_(signature)_

_____
Alphonsus O. Ezeoke

## CERTIFICATE OF CONFERENCE

On September  28, 2015, I made a reasonable effort to confer with the Assistant District Attorney for the State of Texas, Jessica Caird at (713) 755-5826, regarding this motion. The operator told me that Ms Caird was unavailable today, but would leave a message for her. Due to the deadline involved in this matter, I had to file this motion without knowing whether Ms Caird is opposed or unopposed to the motion.

_____
Alphonsus O. Ezeoke